UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH A. CRUM,,

                          Plaintiff,

    vs                                         9:06-CV-586

SCOTT DODRILL, Regional Director;
CHRISTINE SULLIVAN, Unit Manager;
and D. RYAN, Disciplinary Hearing Officer,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

JOSEPH A. CRUM
31353-037
FCC Forrest City, Medium
PO Box 3000
Forrest City, AR 72336

HON. GLENN T. SUDDABY                BARBARA D. COTTRELL, ESQ.
United States Attorney for the              Assistant U.S. Attorney
Northern District of New York
Attorney for Defendants
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

DAVID N. HURD
United States District Judge

## O R D E R

      Plaintiff, Joseph A. Crum, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  In a Report Recommendation dated March 17, 2008, the Honorable George H.

Lowe, United States Magistrate Judge, recommended that defendants' motion to dismiss for

failure to state a claim, or in the alternative, their motion for summary judgment be granted.

Objections to the Report Recommendation have been filed by the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED;

2. Plaintiff's complaint is DISMISSED in all respects; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 2, 2008
        Utica, New York.